Certificate Number: 05781-CAC-DE-041585552

Bankruptcy Case Number: 26-19295

05781-CAC-DE-041585552

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2026, at 1:15 o'clock PM PDT, Yensy Monterrosa completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: October 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President